Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Lancaster Mortgage Bankers, LLC
Debtor

Case No.: 07−22479−MBK
Chapter 7

Peggy E. Stalford, Trustee
Plaintiff

v.

Terwin Advisors, LLC, by Specialized Loan Servicing, LLC
Defendant

Adv. Proc. No. 08−01210−MBK                                    Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on June 9, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32 − 6, 14
Copy of MEMORANDUM DECISION (related document:[14] Cross Motion re: Summary Judgment (related document:[6] Motion For Summary Judgment in favor of Defendant Terwin Advisors LLC filed by Defendant Terwin Advisors, LLC, by Specialized Loan Servicing, LLC) filed by Plaintiff Peggy E. Stalford, Trustee, [6] Motion For Summary Judgment in favor of Defendant Terwin Advisors LLC filed by Defendant Terwin Advisors, LLC, by Specialized Loan Servicing, LLC). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 6/4/2008. (slf, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 9, 2008
JJW: slf

James J. Waldron
Clerk